IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD MAY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2373 |
| | § | |
| JAMES R. MURRAY, ET AL., | § | |
| | § | |
| *Defendants*. | § | |

### ORDER

Plaintiff has sent a letter to the Clerk of the Court, complaining of the Court's denial of his application to proceed *in forma pauperis*. (Docket Entry No. 10.) The Court construes plaintiff's letter as a motion for reconsideration of his application. The motion is **DENIED**. Plaintiff's inmate trust account statement reflects a balance of $1,273.03, and plaintiff is able to pay the $350.00 filing fee.

Plaintiff's second motion for a preliminary injunction (Docket Entry No. 11) is **DENIED** for the reasons set forth in the Court's July 21, 2006 denial of plaintiff's first motion for a preliminary injunction.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on August 3, 2006.

_____
Gray H. Miller
United States District Judge