06-2373ghmMayCOwpd.wpd

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD MAY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2373 |
| | § | |
| JANE E. MURRAY, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Ronald May, TDCJ-CID #1356815, a state inmate proceeding *pro se*, filed this complaint alleging violations of his civil rights under 42 U.S.C. § 1983. The Court denied his application to proceed *in forma pauperis*, and ordered him to pay the full $350.00 filing fee. Plaintiff complains that prison officials continue to fail to deduct the money from his account to pay the filing fee, and moves for an extension of time to pay the fee. (Docket Entry No. 30.) The motion is **DENIED**.

It is **ORDERED** that the TDCJ agency having custody of plaintiff shall collect $350.00 from plaintiff's inmate trust fund account or institutional equivalent and forward it to the Clerk of the Court for payment of the filing fees in this cause. The TDCJ agency is **ORDERED** to comply with this order within **twenty days** from date of this order. If plaintiff has insufficient fees to pay the full amount of $350.00, the TDCJ agency having custody of plaintiff shall notify the Court in writing within **twenty days** from date of this order, and attach a copy of plaintiff's current inmate trust fund account statement.

The Clerk of Court will send a copy of this order to the parties, to TDCJ–Office of the General Counsel, Capitol Station, P.O. Box 13084, Austin, Texas 78711, and to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629.

Signed at Houston, Texas, on September 28, 2006.

_____
Gray H. Miller
United States District Judge