## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD MAY,    *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. H-06-2373 |
| JANE E. MURRAY, ET AL.,    *Defendants*. | § § § | |

### ORDER

Plaintiff filed this *pro se* civil rights lawsuit as a state inmate on July 17, 2006, and moved to proceed *in forma pauperis*. Because his inmate trust account statement reflected a balance of $1,273.03, plaintiff was ordered to pay the $350.00 filing fee by August 17, 2006. Plaintiff's request for reconsideration of that order was denied.

Thereafter, plaintiff requested extensions to pay the fee, citing various problems with prison staff, but the fee remained unpaid. According to prison records, plaintiff's sentence was completed on October 17, 2006 and he was released from state custody. By letter dated October 18, 2006, plaintiff notified the Court of his new "free world" address, but he did not submit the filing fee.

Plaintiff had sufficient funds to pay the fee, and prison officials no longer control his access to his funds. Accordingly, plaintiff is **ORDERED** to pay the full $350.00 filing fee in this case by **NOVEMBER 6, 2006**. If the filing fee is not paid by that date, **this case will be dismissed**.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on October 27, 2006.

_____
Gray H. Miller
United States District Judge